UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :    <u>INDICTMENT</u>

        -v.-                    :    07 Cr.

ABU BAKARI TAHIRU,                   07 CRIM 1064
        a/k/a "Abu Lorie,"
        a/k/a "Albert Johnson,"  :
        a/k/a "Buba Abu,"
        a/k/a "Albert Uba,"      :
        a/k/a "Bubar,"
        a/k/a "Buba Lorre,"      :
        a/k/a "Abu Hassan,"
                                 :
            Defendant.
                                 :
- - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____NOV 2 6 2007__

<u>COUNT ONE</u>

        The Grand Jury charges:

        1.    On or about September 5, 2007, in the Southern

District of New York and elsewhere, ABU BAKARI TAHIRU, a/k/a "Abu

Lorie," a/k/a "Albert Johnson," a/k/a "Buba Abu," a/k/a "Albert

Uba," a/k/a "Bubar," a/k/a "Buba Lorre," a/k/a "Abu Hassan," the

defendant, unlawfully, willfully, and knowingly and with intent

to defraud, did traffic in and use one and more unauthorized

access devices during a one-year period, and by such conduct did

obtain things of value aggregating $1,000 and more during that

period, and such offense did affect interstate and foreign

commerce, to wit, TAHIRU used a credit card without authorization

to obtain a laptop computer and other things of value aggregating more than $1,000.

(Title 18, United States Code, Section 1029(a)(2) and (2).)

<u>COUNT TWO</u>

The Grand Jury further charges:

2.    On or about May 2, 2007, in the Southern District of New York and elsewhere, ABU BAKARI TAHIRU, a/k/a "Abu Lorie," a/k/a "Albert Johnson," a/k/a/ "Buba Abu," a/k/a "Albert Uba," a/k/a "Bubar," a/k/a "Buba Lorre," a/k/a "Abu Hassan," the defendant, unlawfully, willfully, and knowingly, and knowingly did transfer, possess, and use, without lawful authority, in and affecting interstate and foreign commerce, a means of identification of another person with the intent to commit and to aid and abet, and in connection with, unlawful activity that constitutes a violation of Federal law, to wit, TAHIRU possessed without authorization a credit card that belonged to another individual and credit reports of other individuals with the intent that he and others would use the information to illegally obtain credit cards.

(Title 18, United States Code, Section 1028(a)(7) and (2).)

## FORFEITURE ALLEGATION

## AS TO COUNTS ONE AND TWO

3.    As a result of committing the offenses alleged in Counts One and Two of this Indictment, ABU BAKARI TAHIRU, a/k/a "Abu Lorie," a/k/a "Albert Johnson," a/k/a/ "Buba Abu," a/k/a "Albert Uba," a/k/a "Bubar," a/k/a "Buba Lorre," a/k/a "Abu Hassan," the defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 982, any property constituting or derived from proceeds obtained directly or indirectly as a result of the access device fraud and means of identification fraud.

## Substitute Asset Provision

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), to seek forfeiture

3

of any other property of said defendant up to the value of the

above forfeitable property.

(Title 18, United States Code, Section 982
and Title 18, United States Code, Sections 2, 1028A, 1029.)


_____
FOREPERSON

Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

4

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

**ABU BAKARI TAHIRU,**
**a/k/a "Abu Lorie,"**
**a/k/a "Albert Johnson,"**
**a/k/a "Buba Abu,"**
**a/k/a "Albert Uba,"**
**a/k/a "Bubar,"**
**a/k/a "Buba Lorre,"**
**a/k/a "Abu Hassan,"**

Defendant.

---

**INDICTMENT**

07 Cr.     (___)

(18 U.S.C. §§ 1028(a)(7),
1029 (a)(2), and 2.)

<u>MICHAEL J. GARCIA</u>
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

11/26/07   Case Assignment Magistrate

M J Berengan