UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

ABU BAKARI TAHIRU,

          Defendant.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/07

07 Cr. 1064 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on December 4, 2007 at 11:00 a.m.

Because an adjournment is needed to assure the availability of all parties, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **November 28, 2007,** until **December 4, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
          November 28, 2007

                                       John G. Koeltl
                                  United States District Judge