```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------

UNITED STATES OF AMERICA,

    - against -

ABU BAKARI TAHIRU,

        Defendant.

-------------------------------

07 Cr. 1064 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on December 4, 2007 at 11:00 a.m.

Because an adjournment is needed to assure the availability of all parties, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, November 28, 2007, until December 4, 2007 from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
           November 28, 2007

                                          John G. Koeltl
                                     United States District Judge