UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/05/07
```

UNITED STATES OF AMERICA,

- against -

ABU BAKARI TAHIRU,

Defendant.

07 Cr. 1064 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **January 18, 2008** at **3:00 p.m.**

Because an adjournment is needed to allow the government to take discovery and the defendant to review it, and for the defendant to determine what motions, if any, to make, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **December 4, 2007,** until **January 18, 2008** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:   New York, New York
         December 4, 2007

_____
John G. Koeltl
United States District Judge