UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                             07 cr 1064 (JGK)

        -against-

                             **SPEEDY TRIAL ORDER**

ABU BAKARI TAHIRU,
                        Defendant.
-------------------------------------------------------------X
**JOHN G. KOELTL, DISTRICT JUDGE:**

      The parties are directed to appear for a conference on **Tuesday, April 15, 2008 at 4:30pm**

before the Honorable John G. Koeltl.

      The Court prospectively excludes the time from today until **April 15, 2008** in calculating the

speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because

the ends of justice served by such a continuance outweigh the best interest of the public and the

defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                       **JOHN G. KOELTL**
                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      March 5, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08