```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #                       │
│ DATE FILED: 4/16/08         │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

UNITED STATES OF AMERICA,

                - against -                          07 Cr. 1064 (JGK)

ABU BAKARI TAHIRU,                             SPEEDY TRIAL ORDER

                        Defendant.

———————————————————————————

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a conference on **May 1, 2008** at **4:00 p.m.**

    Because an adjournment is needed to allow the parties to discuss a disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **April 15, 2008,** until **May 1, 2008** from Speedy Trial Act calculations.  The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial.  This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:    New York, New York
          April 15, 2008

                                        _____
                                            John G. Koeltl
                                        United States District Judge