USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-30-08

# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA

- v -

ABU BAKARI TAHIRU

Docket Number __07 CR. 1064 (JGK)__

Honorable __John G. Koeltl__
(District Court Judge)

Notice is hereby given that __the defendant, Abu Bakari Tahiru__ appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓] ; order [ ] ; other [ ] : _____ (specify)

entered in this action on __6/27/08__ (date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns:    conviction only [ ] ;    sentence only [ ] ;    conviction and sentence [✓]

Date: __June 30, 2008__

TO:
Carrie Cohen, Esq.
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Abu Bakari Tahiru Reg. No. 60420-054 MDC

__Barry Leiwant, Esq.__
(Counsel for Appellant)

Address: __Federal Defenders of New York, Inc.__

__52 Duane Street - 10th Flor__

__New York NY 10007__

Telephone Number __(212) 417-8700__

ADD ADDTIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)

TRANSCRIPT INFORMATION - FORM B

| ►QUESTIONNAIRE | ►TRANSCRIPT ORDER | ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
|---|---|---|
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U S Attorney has placed order<br>[ ] Other   Attach explanation | Prepare transcript of<br>[✓] Pre-trial proceedings<br>[ ] Trial<br>[✓] Sentence<br>[ ] Post-trial proceedings | Dates<br>6/18/08<br><br>6/27/08 |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ► Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature _____    DATE __June 30, 2008__

► **COURT REPORTER ACKNOWLEDGMENT**

To be completed by Court Reporter and forward to Court of Appeals

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL